MOROWSKI et al., Respondents, v. ROHRIG, Appellant.

(City Court of New York, General Term.    February 8, 1893.)

Action by William H. Morowski and another against William F. Rohrig to foreclose a mechanic's lien for balance due on contract and for extra work. From a judgment in favor of plaintiffs for $285 for extra work, entered on the findings of fact and conclusions of law made by the trial judge, defendant appeals.    Affirmed.

This action was brought to foreclose a mechanic's lien, for balance due on contract, and for extra work; and judgment was entered in favor of the plaintiffs for the sum of $285 for extra work upon the findings of fact and conclusions of law made by the trial justice.

Argued before McGOWN, VAN WYCK, and FITZSIMONS, JJ.

Simon Sultan, for appellant.
Gumbleton, Flanagan & Hottenroth, for respondents.

McGOWN, J.    After a careful examination of the appeal book herein, of the rulings and findings of the trial justice, and of the exceptions taken by the attorney for the defendant on the trial herein, we find no error committed by the trial justice, and that there are no merits in the exceptions taken herein. Judgment appealed from must be affirmed, with costs to the respondents.    All concur.

---

BAKER, Appellant, v. CODDING et al., Respondents.

(City Court of New York, General Term.    December 22, 1892.)

Action by Ebenezer T. Baker against D. Edgar Codding and Osmond H. Atwood.

For former report, see 18 N. Y. Supp. 159.
Argued before EHRLICH, C. J., and FITZSIMONS, J.

FITZSIMONS, J.    The two orders appealed from must be affirmed.    Upon issuing the execution herein, defendants thereunder required only the collection of the amount of $213.12, not $217.49, as taxed in the judgment roll.    This practice is correct.    Section 3264, Code.    The orders of August 1st and August 15th appealed from are each affirmed, with costs.